**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **YUSUF YURTERI,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-4993** |
| | : | |
| **MARKWAYNE MULLIN, *et al.*,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this 9th day of November, 2026, upon consideration of the Plaintiff's Notice of Voluntary Dismissal, it is hereby **ORDERED** that the Dismissal (Doc. No. 12) is **APPROVED AND ADOPTED**. All claims against Defendants are **DISMISSED**. The Clerk of Court shall close this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

**Paul S. Diamond, J.**